447 A.2d 650

Pennsylvania Engineering Corporation, etc. v. McGraw-Edison Co.

Appeal of Pennsylvania Engineering Corporation.

Petition for Allowance of Appeal Granted Dec. 14, 1982.

Argued March 16, 1981. Gilbert Helwig, for appellant; C. Arthur Wilson, Jr., for appellee.

Before CERCONE, P. J., PRICE and MONTEMURO, JJ.

The judgment of the Court of Common Pleas of Allegheny County is affirmed on the basis of the well-reasoned opinion of Judge Grigsby.